| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE COUNTY SUPERIOR COURT |
| | ) SS: | |
| LAKE COUNTY | ) | CAUSE NO.: |

| | |
|---|---|
| ALAN JENNINGS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| NEW HORSESHOE HAMMOND LLC a/k/a HORSESHOE HAMMOND, LLC, and CAESARS ENTERTAINMENT OPERATING COMPANY, INC. f/k/a CAESARS ENTERTAINMENT, INC., | ) **JURY TRIAL DEMANDED** |
|     Defendants. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Alan Jennings, by counsel, files his *Complaint for Damages* against the Defendants, New Horseshoe Hammond LLC a/k/a Horseshoe Hammond, LLC and Caesars Entertainment Operating Company, Inc. f/k/a Caesars Entertainment, Inc., and each of them, and alleges and asserts as follows:

    **1.** At the time of the incident, Alan Jennings (hereinafter "Alan"), was a resident of the City of Spring Grove, County of McHenry, State of Illinois. Alan currently lives in the City of Brookfield, County of Cook, State of Illinois.

    **2.** At all times relevant hereto, Defendant, New Horseshoe Hammond LLC a/k/a Horseshoe Hammond, LLC (hereinafter "Horseshoe"), is a domestic limited liability company with its principal office located in Las Vegas, Nevada, licensed to do business in the State of Indiana, and which owns, maintains and controls a casino property in Lake County, Indiana,

commonly known as "Horseshoe Hammond", located at 777 Casino Center Drive, Hammond, Indiana, 46320.

3. At all times relevant hereto, Defendant, Caesars Entertainment Operating Company, Inc. f/k/a Caesars Entertainment, Inc., is a foreign for-profit corporation located in Las Vegas, Nevada, licensed to do business in the State of Indiana, and which is an independent third party casino manager and operator of casino properties nationwide, including the casino property commonly know as "Horseshoe Hammond", located in Hammond, Indiana.

4. At all times mentioned herein, Plaintiff, Alan Jennings, was a business invitee of Defendants' gaming casino premises, Horseshoe, and was lawfully invited onto the Defendant Horseshoe's premises, including its parking lots, crosswalks, streets, roads and foreseeable pedestrian crossing areas.

5. On or about December 18, 2018, at approximately 6:00 p.m. (CDT), Plaintiff, Alan Jennings, was acting in the course and scope of his employment with Executive Tours Inc., as a shuttle bus driver, driving patrons to and from the Defendants' casino premises in Hammond, Indiana.

6. After dropping patrons off at or near the casino entrance, Alan parked the shuttle bus in a parking lot located directly across the street from another casino entrance area because all shuttle bus drivers had previously been instructed by casino employees to park in this specific lot instead of the casino's parking garage typically used by casino patrons.

7. After parking the shuttle bus, at approximately 6:00 p.m., as Alan was crossing Casino Center Drive in a northerly direction, to enter the casino for his routine free meal provided to all shuttle bus drivers by the Defendants, he was struck by a vehicle, causing him to sustain severe and permanent injuries.

8. At the time of the incident, the sun had already set and it was dark outside, limited visibility for motorists operating their vehicles on Casino Center Drive, a three-lane road running in an easterly and westerly direction, immediately adjacent to the Defendants' casino premises.

9. The area where Alan was required to cross from the parking lot to the casino is very dark with little lighting and no marked crosswalks or signage warning motorists of the potential presence of pedestrians.

10. As a result of the severe injuries sustained by Plaintiff, Alan Jennings, in this accident, Plaintiff had to engage the services of hospitals, physicians, and radiologists for medical care, diagnostic testing, and medication and has incurred, and will incur, substantial future medical bills for such treatment.

11. As the owner and operator of the premises, Defendants, and each of them, owed Plaintiff, as a business invitee, a duty to exercise reasonable care in maintaining its premises, including immediately surrounding pedestrian crossing areas, in a reasonably safe condition and otherwise protect its business invitees from foreseeable harm, including harm from potentially negligent motorists operating their vehicles on Casino Center Drive.

12. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff, Alan Jennings, sustained severe and permanent injuries, which have caused him severe pain and suffering and emotional distress.

13. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and continues to incur, damages in the form of past and future medical expenses, past, present and future pain and suffering, permanent physical impairment, past and future loss of income, diminished future earning capacity, and the loss of quality and enjoyment of life.

**14.** As a direct and proximate result of the negligence of Defendants, and each of them, as aforementioned, the Plaintiff has been damaged.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendants, and each of them, in an amount commensurate with his damages, for the costs of this action, for pre-judgment interest, for trial by jury, and for any and all other relief just and proper in the premises.

Respectfully submitted,

**WAGNER REESE, LLP**

_____
Jason R. Reese, Attorney #20330-64
Attorney for Plaintiff