UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ALAN JENNINNGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 2:20-CV-152-PPS-JEM |
| | ) |
| NEW HORSESHOE HAMMOND, LLC aka | ) |
| HORSESHOE HAMMOND, LLC and | ) |
| CAESAR'S ENTERTAINMENT OPERATING | ) |
| COMPANY INC. f/k/a CAESAR'S | ) |
| ENTERTAINMENT, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties, pro se Plaintiff Alan Jennings and Defendants, New Horseshoe Hammond, LLC and Caesar's Entertainment Operating Company, Inc. f/k/a/ Caesar's Entertainment, Inc., filed a Motion to Dismiss Pursuant to Stipulation [DE 17] and attached an Agreed Stipulation to Dismiss the Case [DE 17-1] signed by all parties. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Motion to Dismiss [DE 17] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire action **WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees. The parties also agreed that nothing in this stipulation and dismissal order shall prevent Alan Jennings from pursuing his worker's compensation claims against his employer, Executive Tours, Inc., or his worker's compensation claims against his employer's insurer, Liberty Mutual Insurance. The Clerk is further **ORDERED** to **CLOSE** this case. SO ORDERED.

ENTERED: February 17, 2021.

                                                            s/ Philip P. Simon  
                                                            PHILIP P. SIMON, JUDGE  
                                                            UNITED STATES DISTRICT COURT